NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRICK J. ANDERSON,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　　Case No. 2D18-4437
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

　　　　　Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Dorsett v. State, 166 So. 3d 898 (Fla. 4th DCA 2015); Shivers v. State, 96 So. 3d 1039 (Fla. 4th DCA 2012); Atwater v. State, 781 So. 2d 1149 (Fla. 5th DCA 2001); Robinson v. State, 642 So. 2d 644 (Fla. 4th DCA 1994).

SILBERMAN, MORRIS, and SALARIO,JJ., Concur.